Richard Erin Gray Senor
101 Oklahoma Avenue
Warner Robins Georgia

6
1
7
1
6

## 5 : 16-CV-232

① of 6

richard erin gray senior et al
plaintiffs

v.

Cary W Martin

HOUSTON HEALTHCARE

Babatunde Fagimaye

CENTERVILLE MUNICIPAL COURT

CENTERVILLE POLICE DEPARTMENT

CENTERVILLE

PNH ATL BUFFALO WILD WINGS

CAPITAL CORPORATE SERVICES INC

WARNER ROBINS POLICE DEPARTMENT

Janice Spires

GEICO

CT Corporation Systems

Macon Police

CONSOLIDATED PUBLIC SAFETY CREDIT UNION

Sue Roberts

MACON DENTAL CERAMICS LLC

B. blake Edge, PC

ANTHOS at Lexington Park of Centerville LLC

Shamika Venzen
Georgia Auto brokers

Defendants

HOUSTON COUNTY Sheriffs

Byron County sheriffs

Houston County

Byron County

State of Georgia

Heather of Houston Healthcare 1 west

Houston County Detention Center

Eddie Johnson

Georgia Auto Brokers

R Jody McCoy

Elizbeth M Sension

Micheal B Weinstein

John Barker

Chevy Chase

\* BAD FAITH \*

All Defendants have committed the following Crimes against Plaintiffs

18 USC § 3

18 USC § 4    18 USC § 33

18 USC § 55

18 USC § 152

18 USC § 158

18 USC § 219

18 USC § 241

18 USC § 247

18 USC § 266

18 USC § 287

18 USC § 242

18 USC § 371

18 USC § 373

18 USC § 436

18 USC § 701

18 USC § 872

18 USC § 875

18 USC § 876

18 USC § 880

18 USC § 892

18 USC § 911

18 USC § 912

18 USC § 1001

18 USC § 1002

18 USC § 1003

18 USC § 1091

18 USC § 1201

18 USC § 1202

18 USC § 1203

18 USC § 1341

18 USC § 1342

18 USC § 1346

18 USC § 1347

18 USC § 1348

18 USC § 1363

18 USC § 1506

18 USC § 1581

18 USC § 1582

18 USC § 1583

18 USC § 1590

18 USC § 1592

18 USC § 1593A

18 USC § 1651

18 USC § 1658

18 USC § 1659

18 USC § 1761

18 USC § 1852

18 USC § 1951

18 USC § 1956

18 USC § 2236

18 USC § 2235

18 USC § 2315

18 USC § 2319B

18 USC § 2321

18 USC § 2325

18 USC § 2512

18 USC § 2721

18 USC § 501   5 USC § 552a   24 USC § 322

24 USC § 326

2 of ⑥

31 USC § 5342

* Bad Faith *

Plaintiff is aware of 4 USCS 118(2) 4 USCS 116 to 4 USCS 126 on intend to exersize sud limits are needed. Plaintiff chooses to exersize 1 U.SCS 112a in good faith only

Defendants are Violators and can be found at the following locations.

Defendant Lary W Martin   OCO230 502000   204 Bartlet Way              ① of 6

Defendant HOUSTON Health care   Parcel Numbers
OW1010 030000
OW1010 029000
OW1010 027000
OWO38E 022000
OW1010 028000

OWO38E 024000
OWO69A 003000
OWO38E 013000
OWO38E 020000
OWO38E 021000
OWO38E 016000

Defendant Babatunde Faybanige   OW1300 035000

107 Haven Crest

* bad faith *

Defendant Heather of Houston Healthcare 1 West

Defendant Janice Dandson spires   OO123P 010000   123 old Hawkinsville Rd

WHEREFORE, Plaintiffs demands for crimes committed, Libel, Slander, 8th Amdmt Violations 1st Amdmt violations, 4th Amdmt violations, Plaintiff would like $1 million to be paid jointly and severally, land and chattels, and any other just and equitable compensation.

Defendant Shamika Venzen at 800 Gunn Road Cvorrville Georgia
Defendant Anthos at lexington Park of Centerville LLC   Principal Office 25 Smith St Suite 302   Nannet NY 10954
Defendant Centierville Police Deparment   300 Church Street   Centerville, GA 31028   Georgia

Defendant  Centerville Municipal Court  at  310 East Church Street Centerville Georgia 31028

Defendant  Centerville  at Centerville

Defendant  Houston County          at  001024 62A000    3008 Mosely hood  (4.16)

Defendant  Houston County Detention Center ut  203 Perry Pkwy Perry GA

Defendant  PNH ATL Buffalo Wild wings    at  2926 Watson Boulevard Centerville, Georgia

Defendant  B. Blake Edge          at Macon Dental Ceramics LLC  at 3432 Mercer University Drive

Defendant  Macon Police  at     911 1st street Macon Georgia 31201

Defendant  Warner Robins Police Department  at  100 Watson Boulevard Warner Robins Georgia 31093

Defendant  Eddie Johnson    at  Amelia Place

Defendant  Consolidated Public Safety Credit Union ot 545 First street Macon Georgia

Defendant  Sue Roberts

Defendant  Georgia Auto Brokers  at 2500 Watson Boulevard Warner Robins Georgia 31093

Defendant  R. Jody McCoy    Principal Office 7421 Douglas Blvd Suite N-425 Douglasville GA 30135
           Parcel ID
           023602 50067
           021702 50017
           023602 50014
           021402 50019

Defendant  John Barker
           00350250151
           01260250143

Defendant  Elizabeth M Sencion  at  4005 Wetherburn Way Ste B14 Norcross Georgia 30092

Defendant  Michael B. Weinstein  at  3515 Stone Mountain Highway Snellville Georgia 30078

Defendant  GEICO      at 5260 Western Avenue Chevy Chase MD 20815 USA
                  Required Agent CT Corporation System

Defendant  State of Georgia all times present

WHEREFORE, Defendants in conjunction caused actual Damages of $3600 in loss to the Plaintiff reguarding a 1996 Chevy Caprice Classic

5 of 6

Plaintiffs demmnds $1 million dollars to be paid by defndats Jointly and severally for punitive and other damages. Plaintiffs also request any real property or real estate be grunted to them in any form of Identity derived from Plaintiffs nunc Pro tunc. In addisson any items or otherwise per jury deems equitable and just. Plaintiff also reserve rights to add more defndats and exchange Plaintiffs upon free will. Plaintiffs are to recieve severally and Jointly compensation in Good Faith.

Richard Erin Gray Senior

richard erin gray senior